# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HASSAN BIVINES, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 17-2587 |
| | : | |
| TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | : | |
|     Defendant. | : | |

## ORDER

This 9th day of January, 2018, upon consideration of Defendant Temple University's Motion to Dismiss, ECF No. 13, and Plaintiff Hassan Bivines's Response in Opposition to Defendant's Motion, ECF No. 14, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

                                                            /s/ Gerald Austin McHugh
                                              United States District Judge